IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ENTERGY ARKANSAS, INC., an Arkansas corporation, et al., | ) ) ) | 4:98CV3411 |
| Plaintiffs, | ) ) ) | |
| CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION, | ) ) ) ) ) | |
| Realigned Plaintiff, | ) ) | |
| US ECOLOGY, INC., a California corporation, (USE) | ) ) ) | |
| Intervenor-Plaintiff, | ) ) | **MEMORANDUM AND ORDER** |
| vs. | ) ) | |
| STATE OF NEBRASKA, et al., | ) ) ) | |
| Defendants. | ) | |

    This matter is before the court upon two motions to release cash payments made in the form of a bond. This action is now concluded and all injunctions have been dissolved. I find that the motions should be granted.

    IT IS ORDERED:

    1.    The motion in filing 620 is granted, and the Clerk of the Court shall return the $1,000 cash payment made by Baird Holm McEachen Pedersen Hamann & Strasheim LLP on behalf of its clients Entergy Arkansas, Inc., Entergy Gulf States, Inc., Entergy Louisiana, Inc., and Wolf Creek Nuclear Operating Corporation, in the form of check no. 135395, made on December 30, 1998. The

Clerk shall disburse the $1,000 by check payable to Baird Holm McEachen Pedersen Hamann & Strasheim LLP, mailed to the following address:

>Baird Holm McEachen Pederson
>Hamann & Strasheim
>1500 Woodmen Tower
>Omaha, NE 68102

A copy of this order shall be enclosed with the check.

     2.    The motion in filing 621 is granted and the Clerk of the Court shall return the $105 cash payment made by Fraser Stryker Meusey Olson Boyer & Block, P.C., on behalf of its client Omaha Public Power District, in the form of check no. 086507, made on December 30, 1998. The Clerk shall disburse the $105 by check payable to Fraser Stryker Meusey Olson Boyer & Block, P.C., mailed to the following address:

>Fraser Stryker Meusey Olson
>Boyer & Bloch, P.C.
>500 Energy Plaza
>409 South 17th Street
>Omaha, NE 68102

A copy of this order shall be enclosed with the check.

    October 7, 2005.          BY THE COURT:

                                            *s/Richard G. Kopf*
                                            United States District Judge