IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| ENTERGY ARKANSAS, INC., an Arkansas Corporation, et al., | ) ) ) | CASE NO:  4:98CV3411 |
| Plaintiffs, | ) ) | ORDER TO WITHDRAW EXHIBITS |
| vs. | ) ) ) | OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| STATE OF NEBRASKA, et al., Defendants. | ) ) |  |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s):    Plaintiffs' Exhibits 1, A, B; 1A & 1B, 201-203, 205-277 & 279

   Defendants' Exhibits 201-204;  501-528

Hearing type(s):  3/6/99 TRO Hearing;  4/10/99 Motion for preliminary injunction hearing

If parties fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

May 4, 2007.

s/ Richard G. Kopf
United States District Judge